

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00051-CV

**IN THE INTEREST OF H.R.S.**, a Child

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0013-CVA
Honorable Melissa Uram-DeGerolami, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 10, 2015.

_____
Rebeca C. Martinez, Justice